**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

ELAINE L. CHAO )
SECRETARY OF LABOR, )
UNITED STATES DEPARTMENT OF LABOR, )
          Plaintiff, )
    ) NO. 08-0234-CV-W-DW
    v. )
    )
SANDHU HOTELS LEE'S SUMMIT, INC., )
d/b/a HOLIDAY INN EXPRESS, )
and MANJIT SANDHU, individually, )
          Defendants. )

## JUDGMENT

Plaintiff having filed her complaint, and Defendants having admitted the allegations of the complaint and agreed to the entry of this judgment without contest;

It is, therefore, upon motion of counsel for the Plaintiff, and for cause shown:

ORDERED, ADJUDGED, and DECREED that Defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them who receive actual notice of this judgment be, and each of them hereby is, permanently enjoined and restrained from violating the provisions of sections 15(a)(1) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. ' 201 et seq.), hereinafter called the Act, in any of the following manners:

    1.    Defendants shall not, contrary to sections 7 and 15(a)(2) of the Act, employ any of their employees in commerce or in the production of goods for commerce, or in their enterprise engaged in commerce or in the production of goods for commerce, for workweeks longer than 40 hours without compensating such employee for his or her employment in excess of 40 hours per workweek at a rate not less than one and one-half times the regular rate at which he or she is employed.

2. Defendants shall not, contrary to sections 11(c) and 15(a)(5) of the Act, fail to make, keep and preserve adequate and accurate records of their employees, and of the wages, hours and other conditions and practices of employment maintained by them, as prescribed by the regulations issued, and from time to time amended, pursuant to section 11(c) of the Act (29 C.F.R. ' 516). Defendants shall make such records available at all reasonable times to representatives of the Plaintiff.

3. Defendants are hereby restrained from continuing to withhold unpaid overtime compensation in the amount of $13,643.28 from the employees named in the Appendix attached hereto in the amounts set forth opposite their names for the periods indicated.

IT IS ORDERED that Defendants shall deliver to the U.S. Department of Labor, Employment Standards Administration, Wage and Hour Division, P.O. Box 2638, Chicago, Illinois 60690-2638, a check, made payable to "Wage and Hour - Labor", in the amount of $13,643.28. Defendants shall furnish with the check their federal tax identification number and the social security number and last known address for each employee named in the Appendix attached hereto. Upon receipt of full payment from Defendants, Plaintiff's counsel shall file with the Court a certificate of payment and representatives of the Plaintiff shall distribute such amounts, less appropriate deductions for federal income withholding taxes and the employee's share of the social security (F.I.C.A.) tax, to the employees or their legal representative as their interests may appear, in accordance with the provisions of section 16(c) of the Fair Labor Standards Act. Defendants remain responsible for the employer's share of F.I.C.A. arising from or related to the back wages distributed by Plaintiff.

Any sums not distributed within a period of three years from the date of this judgment because of inability to locate the proper person or because of such person's refusal to accept the sum sought to be distributed shall be deposited into the Treasury of the United States.

IT IS FURTHER ORDERED that

Each party shall bear his or its own costs, fees and other expenses incurred to date by such party in connection with any stage of this proceeding.

Dated this 17th day of April , 2008.

                                          /s/ DEAN WHIPPLE
                                          United States District Judge

Entry of this judgment
is hereby consented to:

Sandhu Hotels Lee's Summit, Inc.
d/b/a Holiday Inn Express,
and Manjit Sandhu, individually


By s/Manjit Sandhu
  Manjit Sandhu
  124 S. Estados Street
  Mountain House, CA  95391
  (925)250-1823

Defendants


APPROVED:

Gregory F. Jacob
Solicitor of Labor
D.C. Bar #474639
VA Bar #45505

Michael A. Stabler
MO Bar #26211
Regional Solicitor

3

<u>s/Aaron J. Rittmaster</u>
Aaron J. Rittmaster
MO Bar #51161
Attorney

2300 Main, Suite 1020
Two Pershing Square Building
Kansas City, MO 64108
(816) 285-7260
(816) 285-7287 (fax)

U.S. Department of Labor

Attorneys for Plaintiff

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



| (Office Address) | Investigator: | Date: |
|---|---|---|
| Kansas City KS District Office<br>Gateway Tower II<br>400 State Avenue, Suite 1010<br>Kansas City, KS 66101<br>913-551-5721 | *Verdis Greene* <br><br>Employer Fed Tax ID Number<br>65-1243990 | 10/30/2007 |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| 1. Camarillo, Pete | | 05/06/2006 to 05/27/2006 | 1 | $630.00 |
| 2. Castillo, Caesar | | 05/06/2006 to 05/27/2006 | 1 | $630.00 |
| 3. Keene, Phillip | | 01/07/2006 to 12/30/2006 | 1 | $573.30 |
| 4. Mapes, Jesse | | 05/06/2006 to 05/27/2006 | 1 | $630.00 |
| 5. Patel, Babulal | | 04/02/2005 to 01/06/2007 | 1 | $4,995.46 |
| 6. Patel, Jyostann | | 04/02/2005 to 01/20/2007 | 1 | $4,995.46 |
| 7. Rodriguez, Isai | | 05/06/2006 to 05/27/2006 | 1 | $630.00 |
| 8. Talley, Laurie | | 04/02/2005 to 05/06/2006 | 1 | $430.00 |
| 9. Ward, Gregory | | 05/06/2006 to 05/27/2006 | 1 | $129.06 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

Signed: _____

Employer Name and Address:
*Holiday Inn Express*
*Sandhu Hotels Lees Summit, Inc.*
*4825 N.E. Lakewood Way*
*Lee's Summit, MO 64064*

**TOTAL** $13,643.28

* Column 4-Code
- FLSA 1
- PCA 2
- SCA 3
- DBRA 4
- CWHSSA 5
- CCPA 6
- FMLA 7

Date: 10/30/2007 12:11:41 PM
Case ID: 1464145
Form WH-56
Page 1